MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR12-5098 |
| Plaintiff, | |
| vs. | ORDER EXTENDING REPORTING DATE FOR SERVICE OF SENTENCE |
| LISA RENEE. PARKER, | |
| Defendant. | |

Upon the stipulation of the parties to extend the reporting date for service of defendant's sentence, the Court finds that such an extension would serve the ends of justice; now, therefore,

IT IS HEREBY ORDERED that defendant's reporting date to the Federal Detention Center SeaTac is extended to August 28, 2012 at 1:30 p.m.

DONE this 10th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s John Carpenter
JOHN R. CARPENTER
Attorney for Defendant

12-CR-05098-ORD

ORDER EXTENDING REPORTING DATE
FOR SERVICE OF SENTENCE     - 1

FEDERAL PUBLIC DEFENDER
1551 Broadway, Suite 501
Tacoma, Washington 98402
(253) 593-6710